FILED
CLERK, U.S. DISTRICT COURT
AUG - 8 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

HIRSCH ADELL (CSB 34208),
PAUL CROST (CSB 40742) and
CARLOS R. PEREZ (CSB 181647), Members of
REICH, ADELL, CROST & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Ste. 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: ha@racclaw.com; pc@racclaw.com; carlosp@racclaw.com

Attorneys for Plaintiff

LODGED
2005 JUL 14 PM 3:22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TERENCE L. YOUNG, on behalf of Writers' Guild-Industry Health Fund and Producer-Writers Guild of America Pension Plan,

Plaintiff,

vs.

JOSEPH SINGER DEVELOPMENT, LLC, a California corporation, also known as SINGER/JENSEN DEVELOPMENT, LLC,

Defendant.

CASE NO. CV 04-7577-DT (PLAx)

~~[PROPOSED]~~ JUDGMENT AND FINAL ORDER FOR ACCOUNTING

Date: August 8, 2005
Time: 10:00 A.M.
Ctrm: 880
Roybal Fed. Bldg.
255 E. Temple St.
Los Angeles, CA 90012

ENTERED
CLERK, U.S. DISTRICT COURT
AUG - 9 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

The motion of plaintiff Terence L. Young ~~(Young), on behalf~~ of Writers' Guild-Industry Health Fund and Producer-Writers Guild of America Pension Plan (collectively, the Plans), for entry of a Judgment and Final Order for Accounting came before this court on August 8, 2005. Upon consideration of the evidence and argument presented,

THE COURT FINDS that on May 6, 2005, the Clerk of the Court entered the default of defendant JOSEPH SINGER DEVELOPMENT, LLC,

COPY



20

also known as SINGER/JENSEN DEVELOPMENT, LLC (SINGER). To ascertain the precise amount of money damages, if any, due to the Plans, and pursuant to the Trust Agreements of the Plans by which SINGER is bound, and the provisions of Employee Retirement Income Security Act § 502(a)(3), 29 U.S.C. § 1132(a)(3), it is necessary for plaintiff Young to conduct an audit of the books and records of SINGER.

IT IS, THEREFORE, ORDERED that SINGER, its managing employees, successors, corporate officers, and all others acting in active concert or participation with them, within twenty (20) days of service of this Order, submit to an audit of SINGER's books and records and cooperate in all respects with the Plans' representative for the purpose of ascertaining the contributions due to the Plans and the damages to the Plans for any failure to pay such contributions.

IT IS FURTHER ORDERED that at the time of the audit that SINGER produce to the auditors of the Plans, all books and records required to conclude the audit, including, but not limited to, the following documents, covering the time period from May 2, 2001 through the date of the audit:

(a) A complete list of project in development or production;

(b) A chart of all accounts;

(c) All general ledgers;

(d) All contracts for writing service for writers hired by SINGER;

(e) All option/purchase contracts with professional writers for the acquisition of literary material;

(f) State and federal payroll tax returns; and

(g) All bank statements for all checking, savings and investment accounts of SINGER for the period of the audit.

**The failure of SINGER to comply with this Order may be grounds for contempt of court.**

DATED: AUG - 8 2005

DICKRAN TEVRIZIAN

HON. DICKRAN TEVRIZIAN
Judge, U.S. District Court
Central District of California

Submitted By:

REICH, ADELL, CROST & CVITAN
A Professional Law Corporation

By Carlos R. Perez
CARLOS R. PEREZ
Attorneys for Plaintiff

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed by Reich, Adell, Crost & Cvitan (the firm) in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, CA 90010.

On **July 14, 2005**, I served the foregoing document described as **[PROPOSED] JUDGMENT AND FINAL ORDER FOR ACCOUNTING** on the interested parties in this action by placing

| | the original | X | a true copy

enclosed in a sealed envelope addressed as follows:

**Joseph Singer Development, LLC**
**3000 W. Olympic Blvd., Suite 1466**
**Santa Monica, CA 90404**

[x] **(Via U.S. Mail)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(Via Facsimile)** I transmitted said document(s) from the facsimile machine of Reich, Adell, Crost & Cvitan to the above facsimile number. The transmission by facsimile was reported as complete and without error.

[ ] **(Via Personal Service)** I caused such envelope to be delivered by hand to the offices of the addressee.

[x] **(Federal Court)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on **July 14, 2005**, at Los Angeles, California.

Maryann Chua